PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: St, Jean, Carlo                              Cr.: 2:10-148 (SRC)(1)
                                                               PACTS Number: 57356

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 11/29/11

Original Offense: Aiding and abetting in the preparation materially false income tax returns

Original Sentence: Six months custody, two years supervised release, six months location monitoring, occupational restrictions, cooperate with the internal revenue service and self employment/business disclosure.

Type of Supervision: Supervised release               Date Supervision Commenced: 06/29/12

## PETITIONING THE COURT

[ ] To extend the term of supervision for       Years, for a total term of       Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

On August 8, and September 10, 2012, during home visits Mr. Jean admitted having suicidal thoughts while incarcerated, and informing this officer he is very depressed, because of his fiancé's infidelity while away. The offender also stated he is having difficulty forgiving her, despite them trying to work through the issues for the sake of their adolescent children. St. Jean added he is presently depressed, with him lacking the motivation needed to improve his finances, establish new patrons for his travel agency and file his amended tax returns. Based on this information we are now requesting the offender's special conditions be modified to include mental health treatment to monitor his current depression, and prevent future suicidal thoughts.

Respectfully submitted

By: Stanley K Whetstone
Senior U.S. Probation Officer
Date: 09/14/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/18/2012
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER
SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

September 14, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Stanley R. Chesler
U.S. District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

Re: St. Jean, Carlo
Dkt. #: 2:10-148 (SRC)(1)
**Request to Modify Special Conditions of Supervised Release**

Dear Judge Chesler:

On November 29, 2011, the above-mentioned offender was sentenced by Your Honor on a charge of aiding and abetting the preparation materially false income tax returns. He was ordered to serve six months custody, followed by a two year term of supervised release. Special conditions imposed were: six months home confinement, self employment/business disclosure, occupational restrictions (refrain from employment as a income tax preparer ) and cooperate with the internal revenue service. A special assessment was also imposed.

Mr. St. Jean began his term of supervised release on June 29, 2012. His location monitoring period started on July 9, 2012.

On August 8, 2012, during a home visit the offender seemed distraught, when questioned he informed this officer his fiancé admitted to infidelity, while he was in custody. He added they have discussed separating, but are concerned about the negative effect it could have on their children. St. Jean began crying, then stated he was emotionally upset about being away from his family throughout his custodial term, and considered suicide. He went on to state these thoughts no longer exist, since being released from custody. On September 10, 2012, during another home visit the offender was questioned about his relationship with his girlfriend and his mental status, with him responding he is having difficulty moving past her having an affair. When questioned further the offender stated he is not motivated to do anything, with him not being assertive in establishing clients for his travel agency, increasing his finances or filing his amended tax returns. Its is important to note initially this meeting was conducted in low light giving this officer the impression the offender was suffering with depression, and his mental state seeming abnormal. St. Jean constantly kept rehashing his distrust for his fiancé. The offender was advised a letter would submitted to the court requesting he participate in mental health counseling, because of his suicidal thoughts and depression.

Based on these facts, we are now recommending that Mr. St. Jean's special conditions of supervised release be modified to include mental health treatment. The offender is in agreement with our recommendation, and has signed the enclosed, Form 49, Waiver of Hearing. If the Court agrees with our recommendation, please sign the attached Form 12B.

If Your Honor have any questions, or requires more information, please contact the undersigned officer at 973-223-0694.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Stanley K. Whetstone
Senior U.S. Probation Officer

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

On August 8, and September 10, 2012, during home visits Mr. St. Jean admitted having suicidal thoughts while in custody, with offender informing this officer he is very depressed, because of his fiance's infidelity during his incarceration. St. Jean also stated he is having difficulty forgiving her, despite them trying to work through the issues for the sake of their adolescent children. The offender added he remains depressed, with him lacking the motivation needed to improve his finances, establish new patrons for his travel agency and file his amended tax returns. Based on this information we are now requesting that the offender's special conditions be modified to include mental health counseling to monitor his depression, and prevent future suicidal thoughts.

Witness: _____  Signed: _____
Senior U.S. Probation Officer                Probationer or Supervised Releasee
Stanley K. Whetstone                          St. Jean, Carlo

9/14/12
DATE